589 A.2d 685

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner,

v.

Maureen A. BURROWS, Respondent.

Supreme Court of Pennsylvania.

April 25, 1991.

ORDER

PER CURIAM.

And now, this 23rd day of APRIL, 1991, the petition for allowance of appeal is granted and the Order of the Commonwealth Court of Pennsylvania at No. 1991 C.D.1989, entered on October 30, 1990, is VACATED, and this case is remanded to the Commonwealth Court of Pennsylvania for reconsideration in light of our decision in *Department of Transportation, Bureau of Driver Licensing v. Empfield,* 526 Pa. 220, 585 A.2d 442 (1991).